UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KARL L. KING,

                Plaintiff,

   v.

DIRECTOR FEDERAL BUREAU OF PRISONS, I. JACQUEZ,

                Defendants.

No. 2:22-CV-435-MJP-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

      The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation.

    (2)    Plaintiff brought a complaint under 42 U.S.C. § 1983 for loss of good time credit. Loss of good time credits cannot be addressed through a section 1983 claim. Rather, Plaintiff must bring a writ of habeas corpus in order to properly plead this issue. Therefore, the Complaint is DISMISSED WITHOUT PREJUDICE for failure to state a claim. Plaintiff may refile his claim through a habeas petition. This case is now closed. Plaintiff's motions to proceed in forma pauperis (Dkt. No. 1), to amend (Dkt. No. 3) and for a Temporary Restraining Order (Dkt. No. 5) are denied as moot.

    (3)    The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

//
//
//
//

ORDER ADOPTING REPORT AND RECOMMENDATION- 1

**DATED** June 14, 2022

*[signature]*

Marsha J. Pechman
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 2